FILED
2017 Aug-22 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARY MCNEAL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:15-cv-1055-KOB |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| COMMISSIONER, ) | |
|     Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 26, 2017, recommending that the court affirm the decision of the Social Security Commissioner. (Doc. 8).

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that, for all of the reasons stated in the magistrate judge's report, the decision of the Commissioner of the Social Security Administration is due to be AFFIRMED.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 22nd day of August, 2017.

*/s/ Karon O. Bowdre*
_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE